ETTER, Appellant, v. ROGOW, Respondent. (Supreme Court, Appellate Division, Second De-

partment. April 24, 1908.) Action by Anna Etter against David I. Rogow.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., votes to reinstate the verdict.

FAGAN, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Thaddeus J. Fagan, as administrator, etc., against the city of New York and others. No opinion. Judgment and order affirmed, with costs.